UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| FIRST STATE INSURANCE CO. | Case No. SACV10-1032 AG (RNBx) |
| Plaintiff, | Judge Andrew Guilford |
| vs. | Magistrate Robert N. Block |
| HILL BROTHERS CHEMICAL CO., | FINAL JUDGMENT ~~ORDER~~ |
| Defendant. | Complaint Filed: July 7, 2010 |
| HILL BROTHERS CHEMICAL CO., | Trial Date: October 30, 2012 |
| Counter-Plaintiff, | |
| vs. | |
| FIRST STATE INSURANCE CO., et al., | |
| Counter-Defendant. | |

~~The above-entitled matter having come before the Court pursuant to stipulation of the parties, due notice having been given and the Court being fully advised in the premises,~~

Now Therefore,

IT IS ORDERED THAT FINAL JUDGMENT IS ENTERED AS FOLLOWS:

1. The partial summary judgment Order dated December 5, 2011 is not vacated and the said Order shall remain in effect;

2. The Court hereby declares that First State Insurance Company ("First State") policy No. 955247, effective 4/30/84 to 5/10/85, has been exhausted by payment of the full amount of the policy's limit of liability and that First State's

1  obligations to Hill Brothers Chemical Company ("HBCC") under policy No. 955247
2  have been fully satisfied;

3   3.   The Court hereby declares that First State policy No. 902537, effective
4  7/6/75 to 8/12/76, has been exhausted by payment of the full amount of the policy's
5  limit of liability and that if First State had any obligations to HBCC under policy No.
6  902537 they have been fully satisfied;

7   4.   ~~The Court dismisses~~ Judgment is entered against First State on all claims by First State and ~~all claims by HBCC in~~
8  the above-entitled action, other than the claims addressed herein against HBCC on in paragraphs 1
9  through 3 above, with prejudice and with all parties bearing their own costs;

10   5.   The Court hereby is entering a Final Judgment ~~Order~~ in the above-
11  entitled action.

12  DATED: August 31, 2012

14           Enter:

16                                    Hon. Judge Guilford

28
2
Final Judgment